IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20467
Summary Calendar
_____

KENNETH W. HICKMAN,

Plaintiff-Appellant,

versus,

DAN MORALES, Attorney General; MACIE MILLER;
BURTON F. RAIFORD,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-96-1118
- - - - - - - - - -
August 12, 1996
Before GARWOOD, JOLLY and DUHE', Circuit Judges.

PER CURIAM:[*]

The motion to proceed in forma pauperis on appeal filed by
Kenneth W. Hickman (#665874) is DENIED. See Wightman v. Texas
Supreme Court, 84 F.3d 188, 189 (5th Cir. 1996); Alexander v.
Ieyoub, 62 F.3d 709, 712 (5th Cir. 1995). The appeal is
frivolous and it is DISMISSED. See 5th Cir. R. 42.2.

We caution Hickman that any additional frivolous appeals
filed by him on his behalf will invite the imposition of
sanctions. Hickman is further cautioned to review any pending

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

IFP DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED.